UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN S. DAVIS | CASE NO. 17-33757-H4-13 |
| DEBTOR | CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Smart Financial Credit Union, a creditor of the above-captioned case, hereby gives notice of its appearance in said case, filed through its following named counsel:

> Don J. Knabeschuh
> Attorney at Law
> 5090 Richmond Ave., #472
> Houston, TX 77056-7402
> 713 984-4615
> 832 408-7898 | Fax
> dknab52@gmail.com
> State Bar #11578800

Further, the above-named creditor hereby requests through its said counsel that the Clerk of the above-named Court and all parties required to give notice under Bankruptcy Rule 2002 and Local Bankruptcy Rules, mail to said counsel copies of all notices to parties in interest hereinafter given in said case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, a request is hereby made that all notices required by Rule 2002(a)(1) through (8) be mailed to said counsel.

Respectfully Submitted

DON J. KNABESCHUH, ATTORNEY AT LAW

/s/ Don J. Knabeschuh
5090 Richmond Ave., #472
Houston, TX 77056-7402
713 984-4615
832 408-7898 | Fax
dknab52@gmail.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, a true and correct copy of the above and foregoing Notice of Appearance and Request for Notices was served either by electronically via ECF or mailed, by first class regular mail to the Trustee, David G Peake , the attorney for the Debtor, Alex Olmedo Acosta and to the other interested parties at their addresses of record as scheduled below.

| | |
|---|---|
| David G Peake | Alex Olmedo Acosta |
| Chapter 13 Trustee | Acosta Law, P.C. |
| 9660 Hillcroft, Suite 430 | 13831 NW Freeway, Ste 400 |
| Houston, TX 77096-3856 | Houston, TX 77040 |

/s/ Don J. Knabeschuh